No. 91–6042. KALTENBACH *v.* WARDEN, WADE CORRECTIONAL CENTER. C. A. 5th Cir. Certiorari denied.

No. 91–6050. WHARTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–6065. FLORES, AKA COLON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6074. CASTENEDA-ABARCA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6091. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6134. MAY ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 91–6193. BELL *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–6195. ABRAMS *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 91–6209. BERGELSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–6212. BAILEY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6220. WATERS *v.* WATSON. Ct. App. Tenn. Certiorari denied.

No. 91–6226. SPENCER *v.* BROWN ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6228. WELSCH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6236. GARGALLO *v.* QUICK & REILLY CLEARING CORP. ET AL. C. A. 6th Cir. Certiorari denied.